IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Applicant,<br><br>　　v.<br><br>AMERICAN BONDHOLDERS FOUNDATION, LLC<br><br>　　　　　Respondent. | )<br>)<br>)<br>)<br>)　Civil Action No. 18-cv-1006<br>)<br>)<br>)　Hon. Matthew F. Kennelly<br>)<br>)<br>)<br>)<br>) |

**ORDER**

This cause coming to be heard on Applicant United States Securities and Exchange Commission's ("SEC's") Application for an Order Compelling Compliance With Administrative Subpoena (Dkt. #3) and having considered the Joint Motion of the SEC and Respondent American Bondholders Foundation, LLC ("ABF") regarding that Application (Dkt. #13), **IT IS HEREBY ORDERED THAT**:

　　1.　　The SEC's Application (Dkt. #3) is GRANTED.

　　2.　　Respondent ABF shall produce all non-privileged documents in its custody or control that are responsive to the SEC's August 3, 2017 investigative subpoena **by April 6, 2018**.

　　3.　　The scope of the SEC's requests – and ABF's production obligations – shall be defined by the SEC's August 3, 2017 Subpoena to ABF, and may be altered only by written agreement of the SEC and ABF.

    4.       The interim briefing deadlines for the SEC's Application and the March 29, 2018 hearing on the Application (Dkt. #11) are stricken.

    5.       The Court retains jurisdiction to enforce compliance with this order and to resolve any disagreements regarding the Subpoena or ABF's production. The Court sets this matter for a status hearing on Thursday April 12, 2018 at 9:30 AM.

**IT IS SO ORDERED**.

Dated: March 16, 2018

                                                    Matthew F. Kennelly
                                                    UNITED STATES DISTRICT JUDGE